[No. 32725-9-I.   Division One.   January 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
MULL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-08242-1, Michael Hayden, J., entered April
2, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 29903-4-I.   Division One.   January 31, 1994.]

*In the Matter of the Personal Restraint of*
JAMES T. MAST, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.


[No. 28535-1-I.   Division One.   January 31, 1994.]

WATTS FAMILY PARTNERSHIP, *Appellant*, v. RANDY S.
HEIDEMANN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 90-2-00766-5, David A. Nichols, J., entered May
3, 1991. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Webster, C.J., and Agid, J.


[No. 29862-3-I.   Division One.   January 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN SHANE
WEISS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-03597-2, George T. Mattson, J., entered
December 11, 1991. *Affirmed* by unpublished per curiam opinion.